ORDERED UNSEALED on 01/312025 s/ MariaFujit

SEALED

s/ MariaFujita

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HECTOR DE LA SIERRA a/k/a Hector Boulware, a/k/a "Casper," Defendant. | Case No.: '25 MJ160<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm<br><br>21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine<br><br>21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine |

The undersigned complainant, being duly sworn, states:

COUNT ONE

On or about November 20, 2024, within the Southern District of California, defendant HECTOR DE LA SIERRA a/k/a Hector Boulware, a/k/a "Casper," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to

wit: a loaded .40 caliber Smith & Wesson M&P Shield firearm bearing serial number HWB1078 and a loaded .40 caliber Smith & Wesson SDV40 firearm bearing serial number FDB6982; in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

On or about November 20, 2024, within the Southern District of California, defendant HECTOR DE LA SIERRA a/k/a Hector Boulware, a/k/a "Casper," did knowingly possess, with the intent to distribute, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE

On or about November 20, 2024, within the Southern District of California, defendant HECTOR DE LA SIERRA a/k/a Hector Boulware, a/k/a "Casper," did knowingly and intentionally possess, with the intent to distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Amanda Renteria

AMANDA RENTERIA, ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 13 day of January 2025.

Mitchell D. Dembin

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

On or about November 20, 2024, Officers with the San Diego Police Department (SDPD) executed a search warrant at the residence located at 412 Prather Place in Spring Valley, California 91977 (the "Residence"), which is within the Southern District of California. Among other things, the warrant sought firearms and related items. Based on multiple days of surveillance earlier in November, Officers believed HECTOR DE LA SIERRA lived at the Residence with his girlfriend.

At approximately 3:10 p.m. during surveillance prior to executing the search warrant, investigators observed a black Chevrolet Silverado stop in front of the Residence. DE LA SIERRA was the sole occupant. A record check revealed "SIERRA HECTOR ISRAEL, DE LA JR" as the registered owner.

Once DE LA SIERRA exited the Silverado, police detained him. At Officers' request, his girlfriend also exited the residence and was detained. Officers then served the warrant.

A search of the Silverado revealed a loaded .40 caliber Smith & Wesson M&P Shield bearing serial number HWB1078 located near the center console. A record check of that firearm revealed it to be stolen. In the Silverado, police also located two digital scales, a chunk of crystalline substances suspected to be methamphetamine, and a "drum" ammunition magazine.

A search of the Residence found several firearms, ammunition, various controlled substances, currency, and tools used to distribute narcotics and maintain weapons. Among other things (this is not exhaustive), officers found the following:

- In an upstairs bedroom, police located a loaded .40 caliber Smith & Wesson SDV40 firearm bearing serial number FDB6982 under a pillow on the bed and approximately $6,420 in cash in the dresser. Additionally, police found a large quantity of suspected marijuana and a duffel bag containing multiple unopened bottles of Xanax and a plastic bag of suspected psylocibin mushrooms. The duffel bag also contained multiple boxes of Winchester brand ammunition.

- In a crawl space above the garage, officers found several firearms, including two non-serialized AR-15-style firearms, a MAC-10-style firearm, and several non-serialized handguns (all commonly referred to as "ghost guns"). Police also found several ammunition magazines and more than 500 rounds of various calibers of ammunition.
- In a downstairs bedroom, officers found a loaded. 40 caliber Glock 27 firearm, a Costco membership card with the name "HECTOR," and notebooks containing gang tagging with the moniker "Lil Casper." Police records indicate DE LA SIERRA's is a known member of the Varrio Chua Vista gang, and his moniker is "Casper." Also in this bedroom was a backpack containing plastic bags holding approximately 680 grams of a substance believed to be methamphetamine and approximately 545 grams of a substance believed to be cocaine.




**Image of evidence seized from the Silverado and the Residence**

Records checks revealed DE LA SIERRA has the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 3/20/2006 | CASC – Chula Vista | California Health & Safety Code §11378— Transportation of a Controlled Substance | 3 Years |
| 1/14/2010 | CASC – San Diego | California Health & Safety Code §11351 – Possession of a Controlled Substance for Sale | 6 Years |
| 10/8/2014 | CASC – San Diego | California Health & Safety Code §11359 – Possession of Marijuana for Sale | 16 Months |

The Smith & Wesson firearms seized from the Silverado and the Residence were not manufactured in California and therefore had been shipped or transported to California from outside the state.

**<u>REQUEST FOR SEALING</u>**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, communicate with other individuals under investigation, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.